460 A.2d 863

Commonwealth v. Duncan, Appellant.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.
Affirmed.

460 A.2d 863

Commonwealth v. Evans, Appellant.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.
Judgment of sentence affirmed.